CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 28 2016

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| SHAIN CLAUDE COLLINS, | ) | CASE NO. 7:13CV00474 |
| | ) | |
| Petitioner, | ) | |
| v. | ) | ORDER |
| | ) | |
| HAROLD CLARKE, DIRECTOR, | ) | By: Hon. Glen E. Conrad |
| | ) | Chief United States District Judge |
| Respondent. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that petitioner's Rule 60(b) motion (ECF No. 30) is **DENIED**.

ENTER: This 25th day of March, 2016.

/s/ Glen E. Conrad
Chief United States District Judge